**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6                                                          Nos. C 09-5384 MHP
   HEMENDRA NAIKER,                                              C 10-0629 MHP
7                                                          (Related Cases)
              Plaintiff,
8                                                          **JUDGMENT**
       vs.
9
   ONEWEST BANK, F.S.B. F/K/A INDYMAC
10 FEDERAL BANK, F.S.B., and QUALITY LOAN
   SERVICE CORP.,
11
              Defendant(s).
12 _____/

13

14        These actions  having come before this court, the Honorable Marilyn Hall Patel, United

15 States District Judge presiding, and the issues having been duly presented and unopposed and an

16 order having been duly filed dismissing the complaints in their entirety,

17        IT IS ORDERED AND ADJUDGED that the motion to dismiss of defendant ONEWEST

18 BANK, F.S.B., F/K/A/ INDYMAC FEDERAL BANK, F.S.B. is GRANTED; the declaration of

19 nonmonetary status of QUALITY LOAN SERVE CORP. is unopposed; and the complaints are

20 DISMISSED in their entirety.

21

22                                                  MARILYN HALL PATEL
23 Date: May 12, 2010                               United States District Court Judge

24

25

26

27

28